FILED'07 MAR 22 07:43USDC-ORP

Paul L. Breed, OSB #83161
plbreed@igc.org
621 S.W. Morrison, Suite 140
Portland, Oregon 97205
Telephone: (503) 226-1403
Facsimile: (503) 222-5779

    Attorney for Plaintiff Sinchenko

Richard N. VanCleave, OSB # 80392
rvancleave@barran.com
Barran Liebman LLP
601 SW Second Ave., Suite 2300
Portland, Oregon 97204
Telephone (503) 228-0500
Facsimile: (503) 274-1212

    Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| GREG SINCHENKO,<br><br>    Plaintiff,<br><br>v.<br><br>3-D ELECTRICAL SERVICES, INC.,<br>An active Oregon corporation, and<br>WILLIAM L. DUTTON, an individual,<br><br>    Defendants. | Civil No. 3:06-cv-502-ST<br><br>MOTION AND STIPULATED<br>ORDER OF DISMISSAL |

    Comes now Plaintiff Greg Sinchenko, by and through his attorney Paul L. Breed, and Defendants 3-D ELECTRICAL SERVICES, INC., and WILLIAM L. DUTTON, by

Page 1 - Stipulated Order of Dismissal

and through their attorney Richard N. VanCleave, and hereby move this Court for an Order of Dismissal against defendants.

IT IS SO STIPULATED:

By:  /s/ Paul L. Breed                                  Date: March 19, 2007
     Paul L. Breed, P.C., OSB No. 83161
     Attorney for Plaintiff
     (503) 222-5779


By:  /s/ Richard M. VanCleave                           Date: March 19, 2007
     Richard M. VanCleave, OSB No. 80392
     Barran Liebman LLP
     Attorney for Defendant
     (503) 228-0500

## ORDER

Based upon the stipulation of the parties, it is hereby

ORDERED

That the Complaint against defendants is hereby dismissed.

Date: March 22, 2007

_____
The Honorable Janice M. Stewart

Page 2 - Stipulated Order of Dismissal